DISTRICT OF OREGON
**F I L E D**
May 15, 2020
**Clerk, U.S. Bankruptcy Court**

IT IS ORDERED AND NOTICE IS GIVEN THAT:

    (a) The trustee is authorized to compensate the debtor's attorney in the amount requested below without further notice or order if this application and order thereon are timely served unless, within 30 days of the FILED date, a party files a written objection setting forth specific grounds for the objection with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204. If the amount requested includes fees for work necessary to complete the case, and payment of the fees will have any impact on creditor distributions, the trustee is authorized to compensate the attorney in the amount requested for work necessary to complete the case 21 days after an itemized bill for the additional work is filed and the bill is served on the debtor unless, within 14 days after service, a written objection is filed.

    (b) The applicant must: (1) comply with all provisions in the court's Notice to Serve Document(s), and (2) serve this document and file the completed certificate of service using this document without any attachments.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) 
) Case No. _____
)
) [ONLY FOR CHAPTER 13 CASES]
) APPLICATION BY DEBTOR'S ATTORNEY
) FOR SUPPLEMENTAL COMPENSATION;
Debtor(s) ) AND ORDER AND NOTICE THEREON

I, the undersigned debtor's attorney, whose address and phone number are _____
_____, apply for additional compensation from the debtor's estate for the period from _____ to _____ in the sum of $_____ (which is not less than $500 unless this is a final application, and which, if this is a final application, includes $_____ in anticipated additional fees to complete the case), per the attached itemized billing summary.

I CERTIFY THAT:

    1. This (**Check One**)    IS    IS NOT my final application for compensation in this case.

    2. I have previously been awarded a total of $_____. If granted, the total approved compensation amount will be $_____.

3. My Disclosure of Compensation shows the debtor(s) and I agreed to:
   ___ Schedule 2   ___ Schedule 3.

4. My previous application for compensation (i.e., either the original compensation disclosure or a supplemental application) was filed on _____, which is more than six months from the date of this application unless this is my final application.

5. Allowance of this application will (mark all that apply):
   __ not affect the distribution to creditors.
   __ not change the length of the plan which is estimated at _____ months.
   __ change the length of the plan from an estimated _____ months to an estimated _____ months.
   __ delay the distribution to creditors by approximately _____ months.
   __ reduce the distribution to general unsecured creditors from an estimated _____% to an estimated _____ %
   __ require that the debtor pay more, either by additional or increased plan payments sufficient to pay the additional fees.
   __ other: _____
   _____.

6. Applicant will file a modified plan within 28 days of allowance of the compensation requested in this application if the allowance will otherwise require plan modification.

7. Applicant declares that, except as explained below, the minimum time billed is not in increments that exceed .1 hour (6 minutes), and that any time spent working on multiple matters concurrently has been allocated between those matters so that total billings do not exceed the actual time spent:

DATE: _____                                  _____
                                                  Debtor's Attorney


***STOP:* BEFORE SERVING COPIES, SUBMIT THE MOTION TO OBTAIN A JUDGE'S ORDER!**

**CERTIFICATE OF SERVICE**

I certify that on _____ a copy of this application and order thereon (without attachments unless the order requires service of an economic impact statement on the debtor), and any Notice of Hearing prepared by the court per the judge's order, were served on the debtor, and, if amounts requested and anticipated exceed $1,000, on all creditors who filed claims and entities that filed a request to receive all case notices.

                                                  _____
                                                  Signature & Relation to Applicant

1307 (12/1/15) **Page 2 of 2**

# Chapter 13 Post-Confirmation Fee Itemization

Hackett Law Firm, LLC 1500 NW Bethany Bldv. #288 Beaverton, OR 97006

| Client(s): Cyrus | Case No.: 17-30759 | | | | |
|---|---|---|---|---|---|
| Hourly Rates: | | | | | |
| Ryan Hackett (RPH), Attorney: $380/hr | | | | | |
| Rosemary Zook (REZ), Attorney: $380/hr | | | | | |
| Christy Dickson (CLD), Josh Orem (JRO) Attorney: $200/hr | | | | | |
| Cheryl Riley/Terrien (CLR/CLT), Paralegal: $200/hr | | | | | |
| Legal Assistant: $130/hr | | | | | |
| All Other Staff: $90/hr | | | | | |
| Date | Description of Task | Staff | Time | Rate | Cost |
| 4/28/2017 | letter to client regarding case confirmed | CLT | 0.2 | 180 | $ 36.00 |
| 5/8/2017 | received Citi notice, loan sold, scanned & gave to CLR | KDR | 0 | 75 | $ - |
| 5/9/2017 | reviewed letter from Citi regarding debt sold to Portfolio, prepared and mail letter to Portfolio debt included in bankruptcy | CLT | 0.2 | 180 | $ 36.00 |
| 5/22/2017 | We received the court's notice that the client still need to file her Financial Management Certificate, letter to client regarding same | CLT | 0.2 | 180 | $ 36.00 |
| 6/14/2017 | processed Oregon Department of Revenue's claim | CLT | 0 | 180 | $ - |
| 6/21/2017 | reviewed the claims for the bar date | CLT | 0 | 180 | $ - |
| 10/2/2017 | received in mail from Wayne Godare - intent to pay claims - scanned and gave to CLR | HAS | 0 | 75 | $ - |
| 10/17/2017 | I reviewed the Trustee's notice of intent to pay claims & compared the confirmed plan against the Trustee's site | CLT | 0.1 | 180 | $ 18.00 |
| 1/30/2018 | received from court Wells Fargo's Notice of Payment Change effective 03-01-18, letter to client regarding same | CLT | 0.2 | 180 | $ 36.00 |
| 2/5/2018 | received in mail from Wells Fargo - mortgage payment change - scanned and gave to KDG | HAS | 0 | 75 | $ - |
| 2/6/2018 | reviewed Wells Fargo 's mortgage payment change, CLR already mailed client copy, put in shred | KDR | 0 | 130 | $ - |
| 2/9/2018 | letter to clients requesting copy of 2017 tax returns | KDR | 0.2 | 130 | $ 26.00 |
| 4/16/2018 | client email 2017 tax returns and questions about paying in refunds, saved to client file | CLT | 0 | 195 | $ - |
| 4/16/2018 | redacted the 2017 tax returns, forward a copy to the Trustee | CLT | 0.1 | 195 | $ 19.50 |
| 4/16/2018 | email client tax returns forward to Trustee and instructions for mailing in refunds | CLT | 0.1 | 195 | $ 19.50 |
| 4/16/2018 | thank you email from client | CLT | 0 | 195 | $ - |
| 1/14/2019 | letter to clients to request 2018 tax return and tax refunds minus Earned Income Credit to Trustee | CLT | 0.2 | 195 | $ 39.00 |
| 1/24/2019 | received from court Wells Fargo's notice of payment change effective 03-01-19, letter to client regarding same | CLT | 0.2 | 195 | $ 39.00 |
| 1/29/2019 | received in mail from Wells Fargo - notice of mortgage payment change - scanned and gave to CLR | HAS | 0 | 75 | $ - |
| 1/29/2019 | reviewed mail from Wells Fargo regarding payment change, is duplicate of copy received from court, already forward client copy | CLT | 0 | 195 | $ - |
| 9/12/2019 | emailed client to check on status of 2018 tax returns | CLT | 0.1 | 195 | $ 19.50 |
| 11/7/2019 | letter to client regarding need 2018 tax returns or Trustee could Motion to Dismiss | CLT | 0.2 | 195 | $ 39.00 |
| 12/4/2019 | email to client regarding 2018 taxes still needed | CNC | 0.1 | 75 | $ 7.50 |
| 1/28/2020 | letter to client to send copy of 2019 tax returns to our office and refund minus Earned Income Credit to Trustee | CLT | 0.2 | 200 | $ 40.00 |
| 1/30/2020 | received from court Wells Fargo's notice of payment change effective 03-01-20, letter to clients regarding same | CLT | 0.2 | 200 | $ 40.00 |
| 2/5/2020 | received from court Trustee's Motion To Dismiss for missing 2018 tax returns, letter to client regarding same | CLT | 0.2 | 200 | $ 40.00 |
| 2/13/2020 | emailed client regarding Trustee's Motion to Dismiss for missing 2018 tax returns | CLT | 0.1 | 200 | $ 20.00 |

# Chapter 13 Post-Confirmation Fee Itemization
## Hackett Law Firm, LLC 1500 NW Bethany Bldv. #288 Beaverton, OR 97006

| Date | Description | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/19/2020 | client emailed copy of 2018 federal tax transcript, emailed back will need copy of state too | CLT | 0.1 | 200 | $20.00 |
| 2/19/2020 | emailed Trustee copy of 2018 federal tax transcript with note working on getting state | CLT | 0.1 | 200 | $20.00 |
| 2/19/2020 | client emailed she will request state return today | CLT | 0 | 200 | $ - |
| 2/27/2020 | client emailed 2018 tax rets, saved to file, redacted, forward copy to Trustee | CLT | 0.1 | 200 | $20.00 |
| 2/27/2020 | emailed client regarding 2018 tax returns forward to Trustee | CLT | 0 | 200 | $ - |
| 2/27/2020 | received from court Trustee's Withdrawal of Motion to Dismiss, email to client regarding same | CLT | 0 | 200 | $ - |
| 3/12/2020 | received in mail from Wells Fargo Notice of Withdrawl, scanned & gave to CLR | CNC | 0 | 75 | $ - |
| 3/23/2020 | reviewed Withdrawal of post petition mortgage fees, notes to file | CLT | 0 | 200 | $ - |
| 4/15/2020 | emails with client regarding stimulus funds | CLT | 0.1 | 200 | $20.00 |
| 5/7/2020 | reviewed for additional attorney fees | CLT | | | $100.00 |
| | | | | | $691.00 |